UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20174-BLOOM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHAMEL ALVARADO,

    Defendant.
_____/

## ORDER REVOKING BOND

**THIS CAUSE** came before the Court upon the Government's Motion to Revoke Defendant Shamel Alvarado's Bond (ECF No. 56). This matter has been referred by the Honorable Beth Bloom, United States District Judge, to the undersigned United States Magistrate Judge (ECF No. 57). The Defendant filed a Response (ECF No. 61), to which the Government filed a Reply (ECF No. 65). On August 17, 2022, the Court held a hearing on the Motion. The undersigned has considered the explanations proffered by defense counsel for Defendant's repeated bond violations as well as the proposed alternative conditions of release, including residing temporarily with another family member and in-person meetings with the AFPD.

Notwithstanding, and for the reasons stated in the Government's Motion, I find by clear and convincing evidence that Defendant has violated the conditions of her bond. I further find that she is unlikely to abide by any conditions of bond that I set. I have considered whether any other conditions may be set that would reasonably assure her

appearance as required and with which she would abide; her consistent record of non-reporting and noncompliance lead me to conclude that she would not. Accordingly, pursuant to 18 U.S.C § 3148, it is therefore **ORDERED AND ADJUDGED** that the Government's Motion is Granted and Defendant's bond is revoked.

    **DONE AND ORDERED** in Chambers at Miami, Florida on August 17, 2022.

_____
**LAUREN FLEISCHER LOUIS**
**UNITED STATES MAGISTRATE JUDGE**